# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Harold Staten<br><br>     Petitioner,<br><br>v.<br><br>Kevin Ransom, Superintendent, State Correctional Institution at Dallas; Josh Shapiro, Attorney General, Office of Attorney General; Lawrence S. Krasner, District Attorney, Philadelphia County, Pennsylvania<br><br>     Respondents. | Docket No. 2:20-cv-04454-GEKP |

## [PROPOSED] ORDER

**AND NOW**, this ____ day of _____, 2020, upon consideration of Petitioner's Unopposed Motion to Stay and Abey, it is hereby **ORDERED** that the motion is **GRANTED**. Petitioner's federal habeas proceedings are **STAYED** pending resolution of Petitioner's state court proceedings, or until further Order of this Court.

                **BY THE COURT:**

                _____
                **GENE E.K. PRATTER, J.**