

**LAWRENCE S. KRASNER**
DISTRICT ATTORNEY

**DISTRICT ATTORNEY'S OFFICE**
THREE SOUTH PENN SQUARE
PHILADELPHIA, PENNSYLVANIA 19107-3499
215-686-8000

March 7, 2023

The Honorable Pamela A. Carlos
United States Magistrate Judge
504 W Hamilton Street Suite 4401
Allentown, PA 18101

    RE:  *Harold Staten v Kevin Ransom, et al.*
          Civil Action No 20-4454

Dear Judge Carlos:

    Pursuant to the Court's order, respondents write regarding the status of petitioner Harold Staten's state court proceedings. *See* ECF Doc. 13. Mr. Staten's federal proceedings are stayed pending the conclusion of the PCRA proceedings. *See* ECF Doc. 11. Defense counsel filed Mr. Staten's PCRA petition on his behalf June 9, 2020. On February 9, 2023, the Court continued Mr. Staten's PCRA proceedings to June 1, 2023, to allow further investigation by defense counsel. *See* CP-51-0434111-1986. On February 13, 2023, counsel for the petitioner filed a motion for leave to file an amended PCRA petition and an amended PCRA petition. The next court listing remains June 1, 2023. Please let me know if you require any additional information.

                                              Respectfully submitted,

                                              */s/ Matthew Stiegler*
                                              Matthew Stiegler
                                              Supervisor, Federal Litigation Unit

## CERTIFICATE OF SERVICE

I certify that on March 7, 2023, a copy of the foregoing was served on all counsel of record via ECF.

                                            /s/ *Matthew Stiegler*
                                            Matthew Stiegler

---

[1]The respondents are required by Pennsylvania Department of Corrections policy to mail this to the petitioner using the Smart Communications address. The applicable policy provides, "all incoming inmate mail (other than privileged) must be send to the Department's contracted incoming inmate mail processor," which is Smart Communications. *See* Pa. DOC, DC-ADM 803, section 1 (C)(1). Respondents' legal filings are not "privileged," because counsel for the respondents do not represent the petitioner or have any other relationship with the petitioner that would make their communications privileged. Therefore, the respondents are prohibited by the DOC's policy from mailing documents directly to the petitioner at the address of the prison where the petitioner is in custody.